UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOUGLAS REED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LP, and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00124-BLW<br><br>**ORDER** |

　　　　Having reviewed the Stipulation for Dismissal with Prejudice, and good cause appearing, IT IS HEREBY ORDERED:

　　　　1.　　The Stipulation for Dismissal with Prejudice (Dkt. 39) is hereby GRANTED and APPROVED;

　　　　2.　　This matter is DISMISSED WITH PREJUDICE;

　　　　3.　　The parties shall bear their own costs and attorneys' fees incurred in this matter;

　　　　4.　　A certified copy of this Order shall be recorded in the real property records of Ada County, Idaho, and when so recorded, said copy of this Order shall evidence the following:

a. A certain Lis Pendens was filed in the real property records of Ada County, Idaho, on February 23, 2011, as instrument number 111016538, to give notice of the pendency of this action; and

b. Upon the recording of a copy of this Order with the Ada County Recorder, the Lis Pendens shall be RELEASED.

DATED: **December 1, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge